# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00044-01-CR-W-HFS |
| ) | |
| DANIELLE A. MATTHEWS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 24, 2021, the Grand Jury returned a two-count Indictment charging that on or about September 23, 2020, the Defendant, Danielle A. Matthews, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm (Count One), and knowingly and intentionally possess phencyclidine, a Schedule II controlled substance (Count Two). Defendant Matthews is scheduled to change her plea on Count One on November 18, 2021. <u>Trial is only on Count Two.</u>

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Sarah J. Rasalam
        Case Agent: Detective Timothy Sims, KCMO Police Department
    Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 5 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 10 exhibits
    Defendant: approximately 5 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 days total**
Government's case including jury selection: 1 day(s)
Defendant: ½ day(s)

**STIPULATIONS**: None at this time.

**UNUSUAL QUESTIONS OF LAW:** None at this time.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: None filed. **Due on or before November 23, 2021.**
Defendant: None filed. **Due on or before November 23, 2021**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before December 1, 2021.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before December 1, 2021.**

**TRIAL SETTING**: Criminal jury trial docket set for December 6, 2021.

**Please note:** Defendant Matthews is scheduled to change her plea on Count One on November 18, 2021. <u>Trial is only on Count Two.</u>

The Government would prefer the second week. Defense does not object to the second week. Depending on the discovery to be released today it is possible this will be a bench trial. Please note the Government would have to receive authorization from the Department of Justice to proceed with a bench trial; that authorization has not been granted as of today.

**IT IS SO ORDERED**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE